UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11 B 47292 |
| | CHAPTER 13 |
| HELEN M JOHNSON | |
| | JUDGE JACQUELINE P COX |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SPRINGCASTLE CREDIT FUNDING TRUST

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 19 | XXXXXX5317 | $2,849.76 | $2,836.77 | $2,836.77 |
| Total Amount Paid by Trustee | | | | | $2,836.77 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit           **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-47292-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 15th day of November, 2016.

Debtor:
HELEN M JOHNSON
1717 E 91ST PL
CHICAGO, IL 60617

Attorney:
THE SEMRAD LAW FIRM LLC
20 S CLARK ST 28TH FLR
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
SPRINGCASTLE CREDIT FUNDING TRUST
PO BOX 3251
EVANSVILLE, IN 47731-3251

Mortgage Creditor:
US BANK NATIONAL
% CODILIS & ASSOC
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

Mortgage Creditor:
HSBC FINANCE CORP
% BRICE VANDER LINDEN & WENICK
9441 LBJ FRWY #350
DALLAS, TX 75243

Mortgage Creditor:
US BANK NATIONAL ASSOC
% AMERICAS SERVICING CO
3476 STATEVIEW
MAC X7801-014
FORT MILL, SC 29715

Mortgage Creditor:
SELECT PORTFOLIO SERVICING
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO, IL 60602

Mortgage Creditor:
BENEFICIAL ILLINOIS
2929 WALDEN AVE
DEPEW, NY 14043

ELECTRONIC SERVICE - United States Trustee

Date: November 15, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603